Jennie ROSENBERG, Appellant, v. William I. HEFFRON, Trustee in Bankruptcy for the Estate of Jennie Rosenberg, Bankrupt; Kate A. Bullard and Lloyd Vaughn, Appellees.

No. 10174.

Circuit Court of Appeals, Ninth Circuit.

May 27, 1943.

L. H. Phillips, of Los Angeles, Cal., for appellant.

Thomas S. Tobin, of Los Angeles, Cal., for appellee trustee.

Halverson & Halverson and George T. Goggin, by George Halverson, all of Los Angeles, Cal., for appellee Vaughn.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the transcript of record and briefs filed by respective parties, and oral argument by counsel, ordered motion of appellant for transmittal of evidence denied, and order of District Court affirmed, that a decree be filed and entered accordingly, and that the mandate of this Court in this cause issue forthwith.

CHICAGO GREAT WESTERN RAILWAY COMPANY, a Corporation, Appellant, v. G. E. GILES, as Special Administratrix of the Estate of Clyde T. Eastman, Deceased.

No. 13612.

Circuit Court of Appeals, Eighth Circuit.

Aug. 15, 1947.

Faegre & Benson and Paul J. McGough, all of Minneapolis, Minn., for appellant.

Wm. H. DeParcq and Chester W. Johnson, both of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court, 72 F.Supp. 493, docketed and dismissed without costs to either party, on stipulation of parties.

Philip B. FLEMING, Administrator, Office of Temporary Controls, v. O. W. RULE.

No. 3472.

Circuit Court of Appeals, Tenth Circuit.

Aug. 8, 1947.

David London and Albert M. Dreyer, both of Washington, D. C., O. B. Martin, of Oklahoma City, Okl., Leonard M. Cox, Wm. B. Wilmot, and Harold L. Patterson, all of Dallas, Tex., and Hugo V. Prucha, E. D. Dupree, Jr., and Nathan Siegel, all of Washington, D. C., for appellant.

Havard F. Hudson, of Wichita, Kan., for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

Edgar Lee RAWLS v. UNITED STATES of America.

No. 3539.

Circuit Court of Appeals, Tenth Circuit.

Aug. 4, 1947.

No appearance for appellant.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl., for appellee.

Before PHILLIPS and BRATTON, Circuit Judges, and SYMES, District Judge.

PER CURIAM.

Appeal docketed and dismissed on motion of appellee.